UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND ESSEX, L.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH B. SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05200-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 12 |

The Court has reviewed Magistrate Judge Westmore's Amended Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to Contra Costra County Superior Court.

**IT IS SO ORDERED.**

Dated: October 12, 2016

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHMOND ESSEX, L.P.,

    Plaintiff,

v.

KENNETH B. SHERMAN, et al.,

    Defendants.

Case No.  16-cv-05200-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kathy A. Sherman
2601 Hilltop Drive, Unit #1924
Richmond, CA 94806

Kenneth B. Sherman
2601 Hilltop Drive, Unit #1924
Richmond, CA 94806

Dated: October 12, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.

2